UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA SMITH,
    Plaintiff,

v.                                    CIVIL ACTION NO.
                                      14-14027-MLW

CLAY CHEVROLET, INC. d/b/a
CLAY HYUNDAI,
    Defendant.

REPORT AND RECOMMENDATION RE:
DEFENDANT CLAY CHEVROLET'S MOTION FOR SUMMARY JUDGMENT
(DOCKET ENTRY # 20)

November 17, 2016

BOWLER, U.S.M.J.

Pending before this court is a motion for summary judgment filed by defendant Clay Chevrolet, Inc. ("defendant"). (Docket Entry # 20). Patricia Smith ("plaintiff") opposes the motion. (Docket Entry # 33). After conducting a hearing, this court took the motion (Docket Entry # 20) under advisement.

PROCEDURAL BACKGROUND

Plaintiff filed a first amended complaint against defendant (Docket Entry # 1-1) ("the complaint") setting out the following causes of action in violation of Massachusetts General Laws chapter 151B ("chapter 151B"): (1) discrimination in the form of disparate treatment on the basis of "national

*Report and Recommendation accepted and adopted. NMGorton, USDJ 1/31/17*